**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph TURNER, aka Michael J. Turner, aka Michael W. Daniels, aka Joseph J. Turner, Defendant–Appellant.**

**No. 03–50697.**

**D.C. No. CR–00–00904–GHK–02.**

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

### MEMORANDUM**

Joseph Turner appeals his jury-trial conviction and 447–month sentence imposed for conspiracy, in violation of 18 U.S.C. § 371, two counts of armed bank robbery, in violation of 18 U.S.C.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

§ 2113(a)(d), and two counts of using a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c). Turner's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Turner has filed a pro se supplemental brief.

Our review of the *Anders* and pro se briefs and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.